RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

*Attorney for Petitioner Yusnier Perez Canet

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Yusnier Perez Canet,

       Petitioner,

   v.

Bondi, *et al.*,

       Respondents.

Case No. 2:26-cv-00223-APG-NJK
**ORDER GRANTING**
**Motion for Extension of Time to**
**File Amended Petition**

**(FIRST REQUEST)**

POINTS AND AUTHORITIES

Petitioner Yusnier Perez Canet filed his petition for writ of habeas corpus pursuant to 28 U.S.C. §2241 on February 2, 2026.[1] In it, Mr. Canet, a Cuban citizen, challenges his continued detention in ICE custody. The Amended Petition will also challenge ICE's repeated attempts to remove him to Mexico. Counsel was appointed[2] and the Amended Petition is due on Monday, February 23, 2026.

---

[1] ECF No. 5.

[2] ECF No. 4.

Mr. Canet was represented in his immigration proceedings. Despite repeated attempts to obtain Mr. Canet's file from his immigration attorney, undersigned counsel has not yet received the file. Mr. Canet's immigration file contains information relevant to the claims in the Amended Petition. Undersigned counsel is also attempting to obtain the contents of that file through other avenues. Judicial economy, the interests of justice, as well as the interest of Mr. Canet favor a brief continuance to allow counsel to inspect Mr. Canet's immigration file prior to filing the Amended Petition.

This motion is not filed for the purpose of delay. Undersigned counsel has been diligently working on this matter and respectfully asks this Court to extend the time to file the Amended Petition by seven days, from February 23, 2026, to March 2, 2026.[3] Undersigned counsel emailed counsel for Respondents Virginia Tomova on both February 19 and February 20, 2026, seeking Respondents position on this motion but had not received a response at the time of filing.

Dated February 20, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kate Berry*
Kate Berry
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: February 23, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[3] Counsel has also been limited in her time with the case as the severe winter storms in Reno resulted in limited childcare this week.

2